UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMSURG NAPLES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:08-0429 |
| | ) Judge Echols |
| KEITH P. HUSSEY, STEVEN A. MECKSTROTH, JOSEPH G. SPANO, SCOTT L. WIESEN, GUY WINZENRIED and THE ENDOSCOPY CENTER OF NAPLES, INC., | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Docket Entry No. 8) is hereby GRANTED and this case is hereby DISMISSED WITHOUT PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE